# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHAWNEE R. WANGLER,**<br><br>Defendant. | PO-25-5102-GF-JTJ<br><br>**VIOLATION:**<br>E2371627<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violation E2371627 and for good cause shown,

**IT IS ORDERED** that violation E2371627 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for December 11, 2025, is **VACATED.**

DATED this 18th day of November, 2025.

_____
John Johnston
United States Magistrate Judge